UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-20600-RNS

HOWARD COHAN,

    Plaintiff,

vs.

CHARLES BERNARD LTD,
A Florida Limited Partnership,
d/b/a SEAGULL HOTEL MIAMI BEACH,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, HOWARD COHAN, and Defendant, CHARLES BERNARD LTD., A Florida Limited Partnership, d/b/a SEAGULL HOTEL MIAMI BEACH, by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted,

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Susan Trench |
| **GREGORY S. SCONZO, ESQUIRE** | **SUSAN TRENCH, Esquire** |
| Fla. Bar No.: 0105553 | Florida Bar No. 253804 |
| KAPLAN, SCONZO & PARKER, P.A. | ARNSTEIN & LEHR, LLP |
| 3399 PGA Boulevard, Suite 150 | 200 S. Biscayne Boulevard, Suite 3600 |
| Palm Beach Gardens, Florida 33410 | Miami, FL 33131 |
| Telephone: (561) 296-7900 | (305) 428-4674 |
| Facsimile: (561) 296-7919 | (305) 675-3241 (Facsimile) |
| Email: gsconzo@ksplaw.com | aesharp@arnstein.com |
| Attorney for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              Gregory S. Sconzo, Esq.